IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Magistrate No. 19-1088M |
| JARED OGROSKY | |

MOTION FOR ARREST WARRANT
BASED UPON A CRIMINAL COMPLAINT

AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Rebecca L. Silinski, Assistant United States Attorney for said District, and, pursuant to Rule 4 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant, Jared Ogrosky, upon the grounds that a Criminal Complaint has been made under oath in the above-captioned criminal case, establishing probable cause that the defendant possessed with intent to distribute a quantity of heroin, a Schedule I controlled substance, and possessed a firearm during and in relation to a drug trafficking crime, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Codes, Section 924(c)(1)(A)(i).

Recommended bond:  Detention.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

By: /s/ Rebecca L. Silinski
REBECCA L. SILINSKI
Assistant U.S. Attorney
PA ID No. 320774